SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
DEREK R. HAVEL, Cal. Bar No. 193464
dhavel@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California  92101
Telephone:    619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendant Whole Foods Market California, Inc. (erroneously sued and served as Whole Foods Market, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive<br><br>    Defendants. | Case No. 4:12-cv-01072-LB<br><br>[Complaint Filed March 2, 2012]<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

# STIPULATION

1. WHEREAS this action was filed by Plaintiff Francisca Moralez on March 2, 2012 and served on Defendant Whole Foods Market California, Inc. (erroneously sued and served as Whole Foods Market, Inc.) ("Defendant") on March 22, 2012;

2. WHEREAS April 12, 2012 is the date upon which Defendant must file and serve an answer or otherwise respond to Plaintiff's Complaint;

3. WHEREAS good cause exists for an extension of time because Defendant needs additional time to investigate adequately the claims alleged in this matter, as well as all potential defenses and/or counterclaims to those claims;

4. WHEREAS Plaintiff does not oppose and has agreed to Defendant's request that it may have through and including May 11, 2012 to answer or otherwise respond to Plaintiff's Complaint;

5. WHEREAS the parties have not previously requested extensions of time from this Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court should extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including the date of May 11, 2012.

1       Counsel for Plaintiff has agreed to the electronic filing of this Stipulation and requested that Defendant's counsel submit an electronic signature on his behalf.

Dated: April 11, 2012

                    LAW OFFICES OF PAUL L. REIN

                    By    */s/ Paul L. Rein*
                             PAUL L. REIN
                             CELIA MCGUINNESS
                             CATHERINE M. CABALO

                             Attorneys for Plaintiff
                             FRANCISCA MORALEZ

Dated: April 11, 2012

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By    */s/ Hayley S. Grunvald*
                             RICHARD J. SIMMONS
                             DEREK R. HAVEL
                             HAYLEY S. GRUNVALD

                             Attorneys for Defendant
                 WHOLE FOODS MARKET CALIFORNIA, INC.
                  (ERRONEOUSLY SUED AND SERVED AS
                      WHOLE FOODS MARKET, INC.)

1 **<u>ORDER</u>**

2 Having reviewed and considered the above Stipulation of the parties, and
3 good cause appearing, IT IS SO ORDERED that the deadline for the Defendant Whole
4 Foods Market California, Inc. (erroneously sued and served as Whole Foods Market, Inc.)
5 to respond to the complaint is hereby extended until May 11, 2012.

7 PURSUANT TO STIPULATION, IT IS SO ORDERED.

9 DATED: ____May 8, 2012_____

11 _____
MAGISTRATE JUDGE LAUREL BEELER
12 UNITED STATES DISTRICT COURT



1  PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

3   I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th
4  Floor, San Diego, California 92101-3598.

5   On **April 12, 2012**, I served the following documents:

6  **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

7

8  **BY ELECTRONIC MAIL:**  I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case.  The file transmission was reported as completed and a copy of the
9  CM ECF Filing Receipt will be maintained with the original documents in our office.

10  **Electronic Mail Notice List**

11  The following are those who are currently on the list to receive e-mail notices for this case.

12   Paul L. Rein, Esq.
   Celia McGuinness, Esq.
13   Catherine M. Cabalo, Esq.
   LAW OFFICES OF PAUL L. REIN
14   200 Lakeside Drive, Suite A
   Oakland, CA 94612
15   Telephone:    (510) 832-5001
   Facsimile:    (510) 832-4787
16   *Attorneys for Plaintiff*

17   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of
18  the United States of America that the foregoing is true and correct.

19   Executed on **April 12, 2012**, at San Diego, California.

20

21                              */s/ Hayley S. Grunvald*
                              HAYLEY S. GRUNVALD
22

23

24

25

26

27

28

-4-

W02-WEST:8HES1\404923513.2           STIP FOR EXTENSION TO ANSWER/RESPOND
                                      Case No. 4:12-cv-01072-LB