PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
FRANCISCA MORALEZ

HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC.

MICHAEL A. TAITELMAN (SBN 156254)
mtaitelman@ftllp.com
JACQUELINE C. BROWN (SBN 177970)
jbrown@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel.: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Defendant
BOND CC OAKLAND, LLC

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. C12-01072 CRB<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS
CASE NO. C12-01072 CRB     -1-     S:\CASES\W\WHOLE FOODS\PLEADINGS\Stip to Extend 12(b)(6) Deadline.wpd

# STIPULATION

Plaintiff FRANCISCA MORALEZ and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and BOND CC OAKLAND, LLC, by and through their respective attorneys of record, stipulate and request that the Court grant an extension of the briefing deadlines for defendants' Rule 12(b)(6) motion to dismiss (Docket No. 20) by one week, rescheduling plaintiff's Opposition deadline to July 23, 2012, and defendants' Reply to July 30, 2012. The parties do so based on the following good cause:

1. WHEREAS this action was filed by Plaintiff Francisca Moralez on March 2, 2012, and all defendants have been served;

2. Whereas plaintiff stipulated to a 30 day extension for defendants to respond to the Complaint and the Court granted the extension on May 8, 2012;

3. Whereas the plaintiff filed her First Amended Complaint as a matter of course on May 10, 2012 pursuant to FRCP Rule 15;

4. Whereas this is plaintiff's first request for an extension of time;

5. NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court should reschedule plaintiff's Opposition deadline to defendants' Rule 12(b)(6) motion to July 23, 2012, and defendants' Reply to July 30, 2012.

Dated: July 10, 2012                    LAW OFFICES OF PAUL L. REIN


                                          /s/ Paul L. Rein
                                      By PAUL L. REIN
                                      Attorneys for Plaintiff
                                      FRANCISCA MORALEZ

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS
CASE NO. C12-01072 CRB    -2-    S:\CASES\W\WHOLE FOODS\PLEADINGS\Stip to Extend 12(b)(6) Deadline.wpd

1 Dated: July 11, 2012     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            /s/ Haleu S. Grunvald
                            By HAYLEY S. GRUNVALD
                            Attorneys for Defendant
                            WHOLE FOODS MARKET CALIFORNIA, INC.

8 Dated: July 11, 2012     FREEDMAN & TAITELMAN, LLP

                            /s/ Jacqueline C. Brown
                            By JACQUELINE C. BROWN
                            Attorneys for Defendant
                            BOND CC OAKLAND, LLC

## **ORDER**

Having reviewed and considered the above stipulation of the parties, and good cause appearing, IT IS SO ORDERED that the deadline for plaintiff's Opposition to defendants' Rule 12(b)(6) motion to dismiss is July 23, 2012, and defendants' Reply is due July 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2012

                            HON. CHARLES R. BREYER
                            UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CASE NO. C12-01072 CRB    -3-    S:\CASES\W\WHOLE FOODS\PLEADINGS\Stip to Extend 12(b)(6) Deadline.wpd