| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | rsimmons@sheppardmullin.com |
| | DEREK R. HAVEL, Cal. Bar No. 193464 |
| 4 | dhavel@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
| | Telephone:    213-620-1780 |
| 6 | Facsimile:     213-620-1398 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone:    619-338-6500
Facsimile:     619-234-3815

Attorneys for Defendant BOND CC OAKLAND LLC

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Cal Bar No. 43053
reinlawoffice@aol.com
CELIA McGUINNESS, Cal Bar No. 159420
cmcguinness@reinlawoffice.com
CATHERINE M. CABALO, Cal Bar No. 248198
ccabalo@reinlawoffice.com
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:    510-832-5001
Facsimile:     510-832-4787

Attorneys for Plaintiff FRANCISCA MORALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive<br><br>          Defendants. | Case No. 3:12-cv-01072-CRB<br>[Complaint Filed March 2, 2012]<br>[Amended Complaint Filed May 10, 2012]<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1   COMES NOW counsel for Plaintiff and Defendant to jointly request that the Court
2   continue the date for the Case Management Conference ("CMC") from January 18, 2013 to
3   January 25, 2013 at 8:30 a.m.  Both parties' counsel are also available on February 1, 2013, in the
4   event the Court has no availability on January 25, 2013.

5   On December 4, 2012, the Court issued an order setting the CMC in the aforementioned
6   case for January 18, 2013.  Defendant's counsel has a previously set site inspection in another case
7   which has been required by Court order.

8   Defendant's counsel conferred with Plaintiff's counsel, Celia McGuinness, and Ms.
9   McGuinness is agreeable to moving the CMC to January 25, 2013.

10  The parties believe that it would be most efficient and effective if the CMC currently set in
11  the instant matter for January 18, 2013 is moved to January 25, 2013, so that Defendant's counsel
12  may attend.

13  The parties jointly seek that the January 18, 2013 CMC be held on January 25, 2013.

14  Dated:  December 14, 2012

LAW OFFICES OF PAUL L. REIN

By      /s/ Celia McGuinness
                PAUL L. REIN
                CELIA McGUINNESS
                CATHERINE M. CABALO
                Attorneys for Plaintiff
                FRANCISCA MORALEZ

Dated:  December 14, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Hayley S. Grunvald
                RICHARD J. SIMMONS
                DEREK R. HAVEL
                HAYLEY S. GRUNVALD
     Attorneys for Defendant BOND CC OAKLAND, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Celia McGuinness, counsel for Plaintiff Francisca Moralez, and that I have obtained Ms. McGuinness' authorization to affix her electronic signature to this document.

Dated: December 14, 2012

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Hayley S. Grunvald*
                RICHARD J. SIMMONS
                DEREK R. HAVEL
                HAYLEY S. GRUNVALD
                Attorneys for Defendant BOND CC OAKLAND, LLC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __December 17, 2012_____

_____
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*