| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | rsimmons@sheppardmullin.com |
| | DEREK R. HAVEL, Cal. Bar No. 193464 |
| 4 | dhavel@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
| | Telephone:    213-620-1780 |
| 6 | Facsimile:    213-620-1398 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 8 |   Including Professional Corporations |
| | HAYLEY S. GRUNVALD, Cal. Bar No. 227909 |
| 9 | hgrunvald@sheppardmullin.com |
| | 501 West Broadway, 19th Floor |
| 10 | San Diego, California 92101 |
| | Telephone:    619-338-6500 |
| 11 | Facsimile:    619-234-3815 |
| 12 | Attorneys for Defendant BOND CC OAKLAND LLC |
| 13 | LAW OFFICES OF PAUL L. REIN |
| | PAUL L. REIN, Cal Bar No. 43053 |
| 14 | reinlawoffice@aol.com |
| | CELIA McGUINNESS, Cal Bar No. 159420 |
| 15 | cmcguinness@reinlawoffice.com |
| | CATHERINE M. CABALO, Cal Bar No. 248198 |
| 16 | ccabalo@reinlawoffice.com |
| | 200 Lakeside Drive, Suite A |
| 17 | Oakland, California 94612 |
| | Telephone:    510-832-5001 |
| 18 | Facsimile:    510-832-4787 |
| 19 | Attorneys for Plaintiff FRANCISCA MORALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | FRANCISCA MORALEZ, | Case No. 3:12-cv-01072-CRB |
| | | [Complaint Filed March 2, 2012] |
| 23 | Plaintiff, | [Amended Complaint Filed May 10, 2012] |
| 24 | v. | **JOINT STIPULATION TO CONTINUE** |
| 25 | WHOLE FOODS MARKET | **CASE MANAGEMENT CONFERENCE;** |
| | CALIFORNIA, INC.; BOND CC | **ORDER** |
| 26 | OAKLAND LLC; and DOES 1-10, | |
| | Inclusive | |
| 27 | | |
| | Defendants. | |
| 28 | | |

1    COME NOW counsel for Plaintiff and Defendant to jointly request that the Court continue
2 the date for the Case Management Conference ("CMC") from January 25, 2013 to February 8,
3 2013 at 8:30 a.m.
4    On December 4, 2012, the Court issued an order setting the CMC for January 18, 2013.
5 Defendant's counsel has a previously set site inspection in another case which has been required
6 by Court order.  The parties jointly agreed, and the Court ordered, the CMC continued to January
7 25th.  Subsequently, Plaintiff's counsel had a motion hearing in another matter set for the 25th at
8 9:00 a.m. in San Jose.
9    Plaintiff's counsel conferred with Defense counsel, Hayley Grunvald, and Ms. Grunvald is
10 agreeable to moving the CMC to February 8, 2013.
11    Plaintiff's counsel confirmed with the Clerk of this Court that February 8th is available to
12 set the CMC.
13    The parties agree that moving the CMC to February 8th will not cause any delay in the
14 progress of this case because they are working cooperatively to exchange information in
15 preparation for settlement negotiations.
16    The parties jointly request that the January 25, 2013, CMC be held on February 8, 2013.
17 Dated:  January 10, 2013

                       LAW OFFICES OF PAUL L. REIN


                       By     */s/ Celia McGuinness*
                                    PAUL L. REIN
                                    CELIA McGUINNESS
                                    CATHERINE M. CABALO
                                    Attorneys for Plaintiff
                                    FRANCISCA MORALEZ

1  Dated:  January 10, 2013

2                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4              By      */s/ Hayley S. Grunvald*
                              RICHARD J. SIMMONS
5                              DEREK R. HAVEL
                              HAYLEY S. GRUNVALD
6                   Attorneys for Defendant BOND CC OAKLAND, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:407678588.1                           -2-                    Case No. 3:12-cv-01072-CRB
                        JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

# **ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: January 11, 2013



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE