1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   DEREK R. HAVEL, Cal. Bar No. 193464
4  dhavel@sheppardmullin.com
   333 South Hope Street, 43rd Floor
5  Los Angeles, California 90071-1422
   Telephone:   213-620-1780
6  Facsimile:    213-620-1398

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
9  hgrunvald@sheppardmullin.com
   501 West Broadway, 19th Floor
10 San Diego, California 92101
   Telephone:   619-338-6500
11 Facsimile:    619-234-3815

12 Attorneys for Defendant BOND CC OAKLAND LLC

13 LAW OFFICES OF PAUL L. REIN
   PAUL L. REIN, Cal Bar No. 43053
14 reinlawoffice@aol.com
   CELIA McGUINNESS, Cal Bar No. 159420
15 cmcguinness@reinlawoffice.com
   CATHERINE M. CABALO, Cal Bar No. 248198
16 ccabalo@reinlawoffice.com
   200 Lakeside Drive, Suite A
17 Oakland, California 94612
   Telephone:   510-832-5001
18 Facsimile:    510-832-4787

19 Attorneys for Plaintiff FRANCISCA MORALEZ

20            UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22 FRANCISCA MORALEZ, | Case No. 3:12-cv-01072-CRB |
| | [Complaint Filed March 2, 2012] |
| 23         Plaintiff, | [Amended Complaint Filed May 10, 2012] |
| 24    v. | **JOINT STIPULATION TO CONTINUE** |
| 25 WHOLE FOODS MARKET | **CASE MANAGEMENT CONFERENCE;** |
| CALIFORNIA, INC.; BOND CC | **ORDER** |
| 26 OAKLAND LLC; and DOES 1-10, | |
| Inclusive | |
| 27 | |
|         Defendants. | |
| 28 | |

1    COME NOW counsel for Plaintiff and Defendant to jointly request that the Court continue
2 the date for the Case Management Conference ("CMC") from January 25, 2013 to February 8,
3 2013 at 8:30 a.m.
4    On December 4, 2012, the Court issued an order setting the CMC for January 18, 2013.
5 Defendant's counsel has a previously set site inspection in another case which has been required
6 by Court order. The parties jointly agreed, and the Court ordered, the CMC continued to January
7 25th. Subsequently, Plaintiff's counsel had a motion hearing in another matter set for the 25th at
8 9:00 a.m. in San Jose.
9    Plaintiff's counsel conferred with Defense counsel, Hayley Grunvald, and Ms. Grunvald is
10 agreeable to moving the CMC to February 8, 2013.
11    Plaintiff's counsel confirmed with the Clerk of this Court that February 8th is available to
12 set the CMC.
13    The parties agree that moving the CMC to February 8th will not cause any delay in the
14 progress of this case because they are working cooperatively to exchange information in
15 preparation for settlement negotiations.
16    The parties jointly request that the January 25, 2013, CMC be held on February 8, 2013.
17 Dated:  January 10, 2013

                              LAW OFFICES OF PAUL L. REIN


                              By      */s/ Celia McGuinness*
                                    PAUL L. REIN
                                    CELIA McGUINNESS
                                    CATHERINE M. CABALO
                                    Attorneys for Plaintiff
                                    FRANCISCA MORALEZ

-1-                                              Case No. 3:12-cv-01072-CRB
SMRH:407678588.1              JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Dated: January 10, 2013

2                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                         By    */s/ Hayley S. Grunvald*
                                        RICHARD J. SIMMONS
5                                        DEREK R. HAVEL
                                        HAYLEY S. GRUNVALD
6                              Attorneys for Defendant BOND CC OAKLAND, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:   January 11, 2013



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE