| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | rsimmons@sheppardmullin.com |
| | DEREK R. HAVEL, Cal. Bar No. 193464 |
| 4 | dhavel@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
| | Telephone:    213-620-1780 |
| 6 | Facsimile:    213-620-1398 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 8 |   Including Professional Corporations |
| | HAYLEY S. GRUNVALD, Cal. Bar No. 227909 |
| 9 | hgrunvald@sheppardmullin.com |
| | 501 West Broadway, 19th Floor |
| 10 | San Diego, California 92101 |
| | Telephone:    619-338-6500 |
| 11 | Facsimile:    619-234-3815 |
| 12 | Attorneys for Defendant BOND CC OAKLAND LLC |
| 13 | LAW OFFICES OF PAUL L. REIN |
| | PAUL L. REIN, Cal Bar No. 43053 |
| 14 | reinlawoffice@aol.com |
| | CELIA McGUINNESS, Cal Bar No. 159420 |
| 15 | cmcguinness@reinlawoffice.com |
| | CATHERINE M. CABALO, Cal Bar No. 248198 |
| 16 | ccabalo@reinlawoffice.com |
| | 200 Lakeside Drive, Suite A |
| 17 | Oakland, California 94612 |
| | Telephone:    510-832-5001 |
| 18 | Facsimile:    510-832-4787 |
| 19 | Attorneys for Plaintiff FRANCISCA MORALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | FRANCISCA MORALEZ, | Case No. 3:12-cv-01072-CRB |
| | | [Complaint Filed March 2, 2012] |
| 23 | Plaintiff, | [Amended Complaint Filed May 10, 2012] |
| 24 | v. | **JOINT STIPULATION TO CONTINUE** |
| 25 | WHOLE FOODS MARKET | **CASE MANAGEMENT CONFERENCE;** |
| | CALIFORNIA, INC.; BOND CC | **ORDER** |
| 26 | OAKLAND LLC; and DOES 1-10, | |
| | Inclusive | |
| 27 | | |
| | Defendants. | |
| 28 | | |

1    COMES NOW counsel for Plaintiff and Defendant to jointly request the Court continue
2    the date for the Case Management Conference ("CMC") from February 8, 2013 to a date following
3    the mediation conference the parties have requested be set on March 20, 2013.
4    On December 4, 2012, the Court issued an order setting the CMC for January 18, 2013.
5    The parties jointly agreed, and the Court ordered, the CMC be continued to January 25, 2013.
6    Subsequently, Plaintiff's counsel had a motion hearing in another matter set for January 25 at 9:00
7    a.m. in San Jose, so the parties jointly agreed, and the Court ordered, the CMC continued to
8    February 8, 2013.  On January 30, 2013, Plaintiff's counsel filed on both parties' behalf a notice of
9    need for mediation conference requesting a mediation conference be set for March 20, 2013.  Both
10   parties are optimistic that this matter can be resolved at this mediation conference.
11   On January 30, 2013, counsel for the parties conferred to discuss whether it made sense to
12   jointly request the Court move the CMC set for February 8, 2013, due to the parties' agreement to
13   conduct a mediation on March 20, 2013.  Both parties agreed that the most economical approach,
14   and the one which would avoid wasting the Court's time and resources, would be to make this
15   joint request.
16   The parties agreed that, following the mediation conference, they would file a notice with
17   the Court advising of the outcome of the conference and whether a follow-up CMC was necessary.
18   Accordingly, the parties jointly seek that the February 8, 2013 CMC be taken off calendar
19   ~~until after the mediation conference is held~~. and continued for March 29, 2013 at 8:30 a.m.
20   Dated:  February 4, 2013

21                              LAW OFFICES OF PAUL L. REIN
22
23                              By    /s/ Celia McGuinness
                                      PAUL L. REIN
24                                    CELIA McGUINNESS
                                      CATHERINE M. CABALO
25                                    Attorneys for Plaintiff
                                      FRANCISCA MORALEZ
26
27
28

Dated: February 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Celia McGuinness, counsel for Plaintiff Francisca Moralez, and that I have obtained Ms. McGuinness' authorization to affix her electronic signature to this document.

Dated: February 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 5, 2013

JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*