| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | rsimmons@sheppardmullin.com |
| | DEREK R. HAVEL, Cal. Bar No. 193464 |
| 4 | dhavel@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
| | Telephone:    213-620-1780 |
| 6 | Facsimile:    213-620-1398 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone:    619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendant BOND CC OAKLAND LLC

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Cal Bar No. 43053
reinlawoffice@aol.com
CELIA McGUINNESS, Cal Bar No. 159420
cmcguinness@reinlawoffice.com
CATHERINE M. CABALO, Cal Bar No. 248198
ccabalo@reinlawoffice.com
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:    510-832-5001
Facsimile:    510-832-4787

Attorneys for Plaintiff FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive<br><br>        Defendants. | Case No. 3:12-cv-01072-CRB<br>[Complaint Filed March 2, 2012]<br>[Amended Complaint Filed May 10, 2012]<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

Case No. 3:12-cv-01072-CRB

SMRH:407978361.1     JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    COMES NOW counsel for Plaintiff and Defendant to jointly request the Court continue
2 the date for the Case Management Conference ("CMC") from February 8, 2013 to a date following
3 the mediation conference the parties have requested be set on March 20, 2013.
4    On December 4, 2012, the Court issued an order setting the CMC for January 18, 2013.
5 The parties jointly agreed, and the Court ordered, the CMC be continued to January 25, 2013.
6 Subsequently, Plaintiff's counsel had a motion hearing in another matter set for January 25 at 9:00
7 a.m. in San Jose, so the parties jointly agreed, and the Court ordered, the CMC continued to
8 February 8, 2013.  On January 30, 2013, Plaintiff's counsel filed on both parties' behalf a notice of
9 need for mediation conference requesting a mediation conference be set for March 20, 2013.  Both
10 parties are optimistic that this matter can be resolved at this mediation conference.
11    On January 30, 2013, counsel for the parties conferred to discuss whether it made sense to
12 jointly request the Court move the CMC set for February 8, 2013, due to the parties' agreement to
13 conduct a mediation on March 20, 2013.  Both parties agreed that the most economical approach,
14 and the one which would avoid wasting the Court's time and resources, would be to make this
15 joint request.
16    The parties agreed that, following the mediation conference, they would file a notice with
17 the Court advising of the outcome of the conference and whether a follow-up CMC was necessary.
18    Accordingly, the parties jointly seek that the February 8, 2013 CMC be taken off calendar
19 ~~until after the mediation conference is held~~. and continued for March 29, 2013 at 8:30 a.m.
20 Dated:  February 4, 2013

21                    LAW OFFICES OF PAUL L. REIN
22
23                    By    /s/ Celia McGuinness
                              PAUL L. REIN
24                            CELIA McGUINNESS
                              CATHERINE M. CABALO
25                            Attorneys for Plaintiff
                              FRANCISCA MORALEZ
26
27
28

Dated: February 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Celia McGuinness, counsel for Plaintiff Francisca Moralez, and that I have obtained Ms. McGuinness' authorization to affix her electronic signature to this document.

Dated: February 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 5, 2013

JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED
Judge Charles R. Breyer*

-2-

Case No. 3:12-cv-01072-CRB

SMRH:407978361.1   JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE