UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C 12-1072 CRB MED<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         March 20, 2013<br>Mediator:   Amy Levine |

   IT IS HEREBY ORDERED that the request to excuse defendant Bond CC Oakland LLC's client representative from appearing in person at the March 20, 2013, mediation session before Amy Levine is GRANTED. The client representative shall actively participate telephonically throughout the mediation as set forth in defendant's letter request, in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

March 18, 2013                    By: _____
Dated                                              Maria-Elena James
                                                   United States Magistrate Judge