1  LAW OFFICES OF PAUL L. REIN
   PAUL L. REIN, Cal Bar No. 43053
2  reinlawoffice@aol.com
   CELIA McGUINNESS, Cal Bar No. 159420
3  cmcguinness@reinlawoffice.com
   CATHERINE M. CABALO, Cal Bar No. 248198
4  ccabalo@reinlawoffice.com
   200 Lakeside Drive, Suite A
5  Oakland, California 94612
   Telephone:    510-832-5001
6  Facsimile:    510-832-4787

7  Attorneys for Plaintiff FRANCISCA MORALEZ

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
9     Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
10 rsimmons@sheppardmullin.com
   DEREK R. HAVEL, Cal. Bar No. 193464
11 dhavel@sheppardmullin.com
   333 South Hope Street, 43rd Floor
12 Los Angeles, California 90071-1422
   Telephone:    213-620-1780
13 Facsimile:    213-620-1398

14 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
15    Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
16 hgrunvald@sheppardmullin.com
   501 West Broadway, 19th Floor
17 San Diego, California 92101
   Telephone:    619-338-6500
18 Facsimile:    619-234-3815

19 Attorneys for Defendant BOND CC OAKLAND LLC

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  FRANCISCA MORALEZ, | Case No. 3:12-cv-01072-CRB |
|                       | [Complaint Filed March 2, 2012] |
| 23           Plaintiff, | [Amended Complaint Filed May 10, 2012] |
| 24      v.            | **JOINT STIPULATION TO CONTINUE** |
| 25  WHOLE FOODS MARKET | **BRIEFING SCHEDULE REGARDING** |
|     CALIFORNIA, INC.; BOND CC | **AUTHORITY FOR FIRST AMENDED** |
| 26  OAKLAND LLC; and DOES 1-10, | **COMPLAINT AND FURTHER CASE** |
|     Inclusive         | **MANAGEMENT CONFERENCE** |
| 27                    | |
|           Defendants. | |
| 28                    | |

1  COME NOW counsel for Plaintiff and Defendant to jointly request that the Court continue
2 the further Case Management Conference and attendant 4 page briefing schedule regarding
3 amending plaintiff's complaint.  The parties jointly request the further Case Management
4 Conference be reset to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing to be filed
5 with the Court on May 17, 2013.
6  Whereas plaintiff's counsel's daughter died March 30, 2013;
7  Whereas defense counsel has agreed to this continuance;
8  The parties therefore jointly request that the further Case Management Conference be reset
9 to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing to be filed with the Court on
10 May 17, 2013.

12 Dated: April 1, 2013                    LAW OFFICES OF PAUL L. REIN

                                          By      /s/ Paul L. Rein
                                                  PAUL L. REIN
                                                  CELIA McGUINNESS
                                                  CATHERINE M. CABALO
                                                  Attorneys for Plaintiff
                                                  FRANCISCA MORALEZ

Dated:  April 3, 2013

                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          By      /s/ Haley Grunvald
                                                  RICHARD J. SIMMONS
                                                  DEREK R. HAVEL
                                                  HAYLEY S. GRUNVALD
                                                  Attorneys for Defendant BOND CC OAKLAND, LLC

# ORDER

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** The further Case Management Conference is hereby reset from April 12, 2013 to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing regarding amending the complaint to be filed with the Court on May 17, 2013.

Dated:   April 5, 2013

_____
CHARLES R. [BREYER]
UNITED STATES [DISTRICT JUDGE]

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*