LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Cal Bar No. 43053
reinlawoffice@aol.com
CELIA McGUINNESS, Cal Bar No. 159420
cmcguinness@reinlawoffice.com
CATHERINE M. CABALO, Cal Bar No. 248198
ccabalo@reinlawoffice.com
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:      510-832-5001
Facsimile:      510-832-4787

Attorneys for Plaintiff FRANCISCA MORALEZ

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
DEREK R. HAVEL, Cal. Bar No. 193464
dhavel@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:      213-620-1780
Facsimile:      213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone:      619-338-6500
Facsimile:      619-234-3815

Attorneys for Defendant BOND CC OAKLAND LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive<br><br>                    Defendants. | Case No. 3:12-cv-01072-CRB<br>[Complaint Filed March 2, 2012]<br>[Amended Complaint Filed May 10, 2012]<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE REGARDING AUTHORITY FOR FIRST AMENDED COMPLAINT AND FURTHER CASE MANAGEMENT CONFERENCE** |

COME NOW counsel for Plaintiff and Defendant to jointly request that the Court continue the further Case Management Conference and attendant 4 page briefing schedule regarding amending plaintiff's complaint.  The parties jointly request the further Case Management Conference be reset to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing to be filed with the Court on May 17, 2013.

Whereas plaintiff's counsel's daughter died March 30, 2013;

Whereas defense counsel has agreed to this continuance;

The parties therefore jointly request that the further Case Management Conference be reset to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing to be filed with the Court on May 17, 2013.

Dated: April 1, 2013          LAW OFFICES OF PAUL L. REIN


By      /s/ Paul L. Rein
                          PAUL L. REIN
                          CELIA McGUINNESS
                          CATHERINE M. CABALO
                          Attorneys for Plaintiff
                          FRANCISCA MORALEZ

Dated:  April 3, 2013

                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      /s/ Haley Grunvald
                          RICHARD J. SIMMONS
                          DEREK R. HAVEL
                          HAYLEY S. GRUNVALD
                          Attorneys for Defendant BOND CC OAKLAND, LLC

-1-                                          Case No. 3:12-cv-01072-CRB

# ORDER

    **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**  The further Case Management Conference is hereby reset from April 12, 2013 to May 24, 2013 at 10:00 a.m., with the attendant 4 page briefing regarding amending the complaint to be filed with the Court on May 17, 2013.

Dated:  ___April 5, 2013_____

CHARLES R.
UNITED STA                          DGE