| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | RICHARD J. SIMMONS, Cal. Bar No. 72666 |
| 3 | rsimmons@sheppardmullin.com |
|   | DEREK R. HAVEL, Cal. Bar No. 193464 |
| 4 | dhavel@sheppardmullin.com |
|   | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
|   | Telephone: 213-620-1780 |
| 6 | Facsimile: 213-620-1398 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 8 |   Including Professional Corporations |
|   | HAYLEY S. GRUNVALD, Cal. Bar No. 227909 |
| 9 | hgrunvald@sheppardmullin.com |
|   | 501 West Broadway, 19th Floor |
| 10 | San Diego, California 92101 |
|   | Telephone: 619-338-6500 |
| 11 | Facsimile: 619-234-3815 |
| 12 | Attorneys for Defendant BOND CC OAKLAND LLC |
| 13 | LAW OFFICES OF PAUL L. REIN |
|   | PAUL L. REIN, Cal Bar No. 43053 |
| 14 | reinlawoffice@aol.com |
|   | CELIA McGUINNESS, Cal Bar No. 159420 |
| 15 | cmcguinness@reinlawoffice.com |
|   | CATHERINE M. CABALO, Cal Bar No. 248198 |
| 16 | ccabalo@reinlawoffice.com |
|   | 200 Lakeside Drive, Suite A |
| 17 | Oakland, California 94612 |
|   | Telephone: 510-832-5001 |
| 18 | Facsimile: 510-832-4787 |
| 19 | Attorneys for Plaintiff FRANCISCA MORALEZ |
| 20 | UNITED STATES DISTRICT COURT |
| 21 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 22 | FRANCISCA MORALEZ, | Case No. 3:12-cv-01072-CRB |
|   |   | [Complaint Filed March 2, 2012] |
| 23 | Plaintiff, | [Amended Complaint Filed May 10, 2012] |
| 24 | v. | **JOINT STIPULATION TO EXTEND TIME** |
|   |   | **FOR PLAINTIFF TO FILE ATTORNEY FEE** |
| 25 | WHOLE FOODS MARKET | **APPLICATION** |
|   | CALIFORNIA, INC.; BOND CC |   |
| 26 | OAKLAND LLC; and DOES 1-10, |   |
|   | Inclusive |   |
| 27 |   | (F.R.C.P. Rule 54) |
|   | Defendants. |   |
| 28 |   |   |

SMRH:408305561.2    JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ATTY FEE APP.

Case No. 3:12-cv-01072-CRB

1 WHEREAS, defendant made a FRCP Rule 68 offer of judgment on April 2, 2013(later amended), and plaintiff accepted it on April 15, 2013;

WHEREAS, the notice of acceptance of the Rule 68 offer of judgment will be filed concurrently with this stipulation;

WHEREAS, the offer of judgment specifically excluded any attorney fees and contemplated that plaintiff's counsel will make application to this Court to recover attorney fees, litigation expenses and costs;

THEREFORE, the parties stipulate and request the Court to set the following briefing schedule for plaintiff's counsel's application for attorney fees, litigation expenses and costs. Plaintiff's counsel shall file her application on or before May 31, 2013, defendants shall file their opposition on or before June 14, 2013, and plaintiff's counsel shall file her reply on or before June 21, 2013.

Respectfully submitted,

Dated:  April 16, 2013

LAW OFFICES OF PAUL L. REIN

By     */s/ Celia McGuinness*
PAUL L. REIN
CELIA McGUINNESS
CATHERINE M. CABALO
Attorneys for Plaintiff
FRANCISCA MORALEZ

Dated:  April 16, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hayley S. Grunvald, counsel for Defendant Bond CC Oakland and that I have obtained Ms. Grunvald's authorization to affix her electronic signature to this document.

Dated: April 16, 2013

LAW OFFICES OF PAUL L. REIN

By   */s/ Celia McGuinness*
PAUL L. REIN
CELIA McGUINNESS
CATHERINE M. CABALO
Attorneys for Plaintiff FRANCISCA MORALEZ

SMRH:408305561.2

-3-   Case No. 3:12-cv-01072-CRB
JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ATTY FEE APP.

**ORDER**

Having reviewed and considered the above Stipulation of the parties, and good cause appearing, the Court sets the following briefing schedule for plaintiff's counsel's application for attorney fees, litigation expenses and costs: Plaintiff's counsel shall file her application on or before May 31, 2013, defendant shall file their opposition on or before June 14, 2013, and plaintiff's counsel shall file her reply on or before June 21, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 25, 2013



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE