1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   DEREK R. HAVEL, Cal. Bar No. 193464
4  dhavel@sheppardmullin.com
   333 South Hope Street, 43rd Floor
5  Los Angeles, California 90071-1422
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
8  Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
9  hgrunvald@sheppardmullin.com
   501 West Broadway, 19th Floor
10 San Diego, California 92101
   Telephone:    619-338-6500
11 Facsimile:    619-234-3815

12 Attorneys for Defendant BOND CC OAKLAND LLC

13 LAW OFFICES OF PAUL L. REIN
   PAUL L. REIN, Cal Bar No. 43053
14 reinlawoffice@aol.com
   CELIA McGUINNESS, Cal Bar No. 159420
15 cmcguinness@reinlawoffice.com
   CATHERINE M. CABALO, Cal Bar No. 248198
16 ccabalo@reinlawoffice.com
   200 Lakeside Drive, Suite A
17 Oakland, California 94612
   Telephone:    510-832-5001
18 Facsimile:    510-832-4787

19 Attorneys for Plaintiff FRANCISCA MORALEZ

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22 FRANCISCA MORALEZ,                    | Case No. 3:12-cv-01072-CRB
                                         | [Complaint Filed March 2, 2012]
23              Plaintiff,               | [Amended Complaint Filed May 10, 2012]

24      v.                               | **JOINT STIPULATION TO EXTEND TIME
                                         | FOR PLAINTIFF TO FILE ATTORNEY FEE
25 WHOLE FOODS MARKET                    | APPLICATION**
   CALIFORNIA, INC.; BOND CC
26 OAKLAND LLC; and DOES 1-10,
   Inclusive
27                                       | (F.R.C.P. Rule 54)
                Defendants.
28

Case No. 3:12-cv-01072-CRB
SMRH:408305561.2    JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ATTY FEE APP.

1  WHEREAS, defendant made a FRCP Rule 68 offer of judgment on April 2, 2013(later amended), and plaintiff accepted it on April 15, 2013;

WHEREAS, the notice of acceptance of the Rule 68 offer of judgment will be filed concurrently with this stipulation;

WHEREAS, the offer of judgment specifically excluded any attorney fees and contemplated that plaintiff's counsel will make application to this Court to recover attorney fees, litigation expenses and costs;

THEREFORE, the parties stipulate and request the Court to set the following briefing schedule for plaintiff's counsel's application for attorney fees, litigation expenses and costs. Plaintiff's counsel shall file her application on or before May 31, 2013, defendants shall file their opposition on or before June 14, 2013, and plaintiff's counsel shall file her reply on or before June 21, 2013.

Respectfully submitted,

Dated:  April 16, 2013

LAW OFFICES OF PAUL L. REIN

By     */s/ Celia McGuinness*
PAUL L. REIN
CELIA McGUINNESS
CATHERINE M. CABALO
Attorneys for Plaintiff
FRANCISCA MORALEZ

Dated:  April 16, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Hayley S. Grunvald*
RICHARD J. SIMMONS
DEREK R. HAVEL
HAYLEY S. GRUNVALD
Attorneys for Defendant BOND CC OAKLAND, LLC

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hayley S. Grunvald, counsel for Defendant Bond CC Oakland and that I have obtained Ms. Grunvald's authorization to affix her electronic signature to this document.

Dated: April 16, 2013

LAW OFFICES OF PAUL L. REIN

By   */s/ Celia McGuinness*
      PAUL L. REIN
      CELIA McGUINNESS
      CATHERINE M. CABALO
      Attorneys for Plaintiff FRANCISCA MORALEZ

**ORDER**

Having reviewed and considered the above Stipulation of the parties, and good cause appearing, the Court sets the following briefing schedule for plaintiff's counsel's application for attorney fees, litigation expenses and costs:  Plaintiff's counsel shall file her application on or before May 31, 2013, defendant shall file their opposition on or before June 14, 2013, and plaintiff's counsel shall file her reply on or before June 21, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 25, 2013



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE