SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
DEREK R. HAVEL, Cal. Bar No. 193464
dhavel@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213-620-1780
Facsimile:   213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone:  619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant BOND CC OAKLAND LLC

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Cal Bar No. 43053
reinlawoffice@aol.com
CELIA McGUINNESS, Cal Bar No. 159420
cmcguinness@reinlawoffice.com
CATHERINE M. CABALO, Cal Bar No. 248198
ccabalo@reinlawoffice.com
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:  510-832-5001
Facsimile:   510-832-4787

Attorneys for Plaintiff FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.; BOND CC OAKLAND LLC; and DOES 1-10, Inclusive<br><br>　　　　Defendants. | Case No. 3:12-cv-01072-CRB<br>[Complaint Filed March 2, 2012]<br>[Amended Complaint Filed May 10, 2012]<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S ATTORNEY FEE APPLICATION**<br><br>(F.R.C.P. Rule 54) |

WHEREAS, defendant made a FRCP Rule 68 offer of judgment on April 2, 2013 (later amended), and plaintiff accepted it on April 15, 2013;

WHEREAS, the notice of acceptance of the Rule 68 offer of judgment was filed on April 16, 2013 and judgment was entered on April 29, 2013;

WHEREAS, the offer of judgment specifically excluded any attorney fees and contemplated that plaintiff's counsel will make application to this Court to recover attorney fees, litigation expenses and costs;

WHEREAS, on or about April 16, 2013, the parties stipulated and requested the Court to set the following briefing schedule for plaintiff's counsel's application for attorney fees, litigation expenses and costs:  plaintiff's counsel shall file her application on or before May 31, 2013, defendant's shall file their opposition on or before June 14, 2013, and plaintiff's counsel shall file her reply on or before June 21, 2013;

WHEREAS, on or about April 25, 2013, the Court ordered the briefing schedule set forth above;

WHEREAS, plaintiff's counsel filed her application on May 31, 2013;

WHEREAS, July 12, 2013, the date set for the hearing on Plaintiff's counsel's application is unavailable for defense counsel due to prearranged out-of-state travel and maternity leave.

THEREFORE, the parties stipulate and request the Court to continue the hearing on plaintiff's counsel's application for attorney fees, litigation expenses and costs to July 19, 2013; all other briefing deadlines to remain the same

Respectfully submitted,

SMRH:408626182.1

-2-

Case No. 3:12-cv-01072-CRB
[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S ATTORNEY FEE APPLICATION

1 | Dated: June 10, 2013

2 | LAW OFFICES OF PAUL L. REIN

4 | By  */s/ Celia McGuinness*
5 |     PAUL L. REIN
      CELIA McGUINNESS
6 |   CATHERINE M. CABALO
7 |   Attorneys for Plaintiff
      FRANCISCA MORALEZ

9 | Dated: June 10, 2013

10 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12 | By  */s/ Hayley S. Grunvald*
13 |    RICHARD J. SIMMONS
       DEREK R. HAVEL
14 |   HAYLEY S. GRUNVALD
       Attorneys for Defendant BOND CC
15 |   OAKLAND, LLC

SMRH:408626182.1

-3-  Case No. 3:12-cv-01072-CRB
[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S ATTORNEY FEE APPLICATION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Celia McGuinness, counsel for Plaintiff and that I have obtained Ms. McGuinness' authorization to affix her electronic signature to this document.

Dated: June 10, 2013

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By    */s/ Hayley S. Grunvald*
                                            RICHARD J. SIMMONS
                                            DEREK R. HAVEL
                                            HAYLEY S. GRUNVALD
                                            Attorneys for Defendant BOND CC OAKLAND, LLC

1 **ORDER**

2 Having reviewed and considered the above Stipulation of the parties, and
3 good cause appearing, the Court continues the hearing date for plaintiff's counsel's
4 application for attorney fees, litigation expenses and costs to July 19, 2013.
5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

6 Dated:  June 12, 2013



_____
BREYER
DISTRICT JUDGE

-5-  Case No. 3:12-cv-01072-CRB
SMRH:408626182.1  [PROPOSED] ORDER RE JOINT STIPULATION TO
CONTINUE HEARING ON PLAINTIFF'S ATTORNEY
FEE APPLICATION